06/23/2005  09:29     2126146499          CCR          PAGE  02

IN THE UNITED KINGDOM

March 5, 2005

I, MOAZZAM BEGG, do state as follows:

I was incarcerated by the United States in Afghanistan and Guantanamo Bay for almost three years. During that time, I got to know many people who were being held under similar circumstances. One of the major issues for us was the denial of any legal representation, and this was a topic of considerable discussion. I had some legal training in Britain before I was seized by the United States. Based on my knowledge of the law and of these individuals, and on my understanding of the U.S. legal concept of "next friend," the following prisoners would want me to assert their legal rights, and act as their "next friend" in bringing proceedings on their behalf:

| Name | Number | Nationality | Miscellaneous |
|---|---|---|---|
| bin Mohammed, Farhi Saeed | 000311 | Algeria | |
| Gamil, Ravil Mingaza | 000702 | Russia | House #7,13, Room 190, Navirjine, Komaz Factory, Tartaristan, Russia (tel: 585315) |
| al Uwaidah, Rashid Awadh Rashid | 000664 | Saudi Arabia | Thamir Awad (Brother), Shaikh Mohammed Ibn Abdul Wahab Primary School (Madrash Ibtidaiyykh), Sakakah, Al Jowf, Saudi Arabia (tel: 046241779, cell 05485470) |
| al Wirghi, Adil bin Muhammad | 000502 | Tunisia | N.O.K. Muhammad al Wirghi, District Zahoor At Thalith, Najh (St) 4542, House 24, Tunis, Tunisia (tel: 829579) |

I hereby request and authorize Clive Stafford Smith (*Justice In Exile*) or the *Center for Constitutional Rights*, and any attorney assigned by either, to bring any action for legal redress on behalf of these prisoners.

_____
Moazzam Begg