| | | |
|---|---|---|
| **Farhi Saeed bin Mohammed**,<br>    Detainee,<br>    Guantanamo Bay Naval Station<br>    Guantanamo Bay, Cuba; | ) <br> ) <br> ) <br> ) <br> ) | |
| **Moazzam Begg,** | ) <br> ) | |
| as Next Friend of Farhi Saeed<br>bin Mohammed; | ) <br> ) <br> ) | |
| *Petitioners/Plaintiffs*, | ) <br> ) <br> ) | |
| v. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | **CERTIFICATION OF REPRESENTATION WITHOUT COMPENSATION**<br><br>No**.  05Civ1347** |
| **GEORGE W. BUSH,**<br>    President of the United States<br>    The White House<br>    1600 Pennsylvania Ave., N.W.<br>    Washington, D.C. 20500; | ) <br> ) <br> ) <br> ) <br> ) <br> ) | |
| **DONALD RUMSFELD,**<br>    Secretary, United States<br>    Department of Defense<br>    1000 Defense Pentagon<br>    Washington, D.C. 20301-1000; | ) <br> ) <br> ) <br> ) <br> ) <br> ) | |
| **ARMY BRIG. GEN. JAY HOOD,**<br>    Commander, Joint Task Force - GTMO<br>    JTF-GTMO<br>    APO AE 09360; and | ) <br> ) <br> ) <br> ) <br> ) | |
| **ARMY COL. MIKE BUMGARNER,**<br>    Commander, Joint Detention<br>        Operations Group - JTF-GTMO,<br>    JTF-GTMO<br>    APO AE 09360, | ) <br> ) <br> ) <br> ) <br> ) <br> ) | |
| *Respondents/Defendants*. | ) | |

**CERTIFICATION OF REPRESENTATION WITHOUT COMPENSATION**

Pursuant to Local Civil Rule 83.2(g), the undersigned counsel for Petitioner Farhi Saeed bin Mohammed certify that he is representing Petitioner without compensation.

Dated: June 30, 2005

                                                Respectfully submitted,

By:    s/Jerry Cohen/
           Jerry Cohen
           DC Bar Number 8775
           **PERKINS SMITH & COHEN LLP**
           One Beacon Street
           Boston, MA 02108
           Tel: (617) 854-4282
           Fax: (617) 854-4040
           Email:jcohen@pscboston.com

3