**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
_____
                               :
FARHI SAEED BIN MOHAMMED,      :
et al.,                        :
                               :
     Petitioners,              :
                               :
     v.                        :   Civil Action No. 05-1347 (GK)
                               :
GEORGE W. BUSH, et al.,        :
                               :
     Respondents.              :
_____:
```

**O R D E R**

Petitioners in the above-captioned case have requested immediate issuance of a writ of habeas corpus under 28 U.S.C. § 2243 and/or for sanctions based on Respondents' failure to comply with a direct order of this Court. Petitioner Farhi Saeed bin Mohammed, acting through his next friend Moazzam Begg, is currently detained at the U.S. Naval Base at Guantanamo Bay, Cuba.

On July 12, 2005, the Government filed a Motion to Stay proceedings. Petitioners have filed an Opposition to the Motion to Stay, and Respondents have filed a Reply.

Upon consideration of the Motion, Opposition, and Reply, the Court concludes that Respondents' Motion to Stay should be **granted**.

To ensure that these proceedings continue in a prompt and orderly fashion after the Court of Appeals rules in In re Guantanamo Detainees Cases, 355 F. Supp. 2d 443 (D.D.C. 2005), and Khalid v. Bush, 355 F. Supp. 2d 443 (D.D.C. 2005), it is hereby

**ORDERED** that Respondents shall, by **November 15, 2005,** or earlier, provide factual returns to Petitioners' counsel supporting the detention of their clients;[1] it is further

**ORDERED** that the Amended Protective Order and Procedures for Counsel Access to Detainees at the Untied States Naval Base in Guantanamo Bay, Cuba, first issued on November 8, 2004; the Order Addressing Designation Procedures for "Protected Information" entered on November 10, 2004; and the Order Supplementing and Amending Filing Procedures Contained in November 8, 2004, Amended Protective Order, issued on December 13, 2004, in In re Guantanamo Bay Detainee Cases, Civil No. 02-0299, et al., by Judge Joyce Hens Green shall apply in this case; and it is further

**ORDERED** that Respondents' Motion to Stay is **granted** pending resolution of all appeals in In re Guantanamo Detainees Cases, 355 F. Supp. 2d 443 (D.D.C. 2005) and Khalid v. Bush, 355 F. Supp. 2d

---

[1] By giving the Government three months to file its factual returns, it will have ample time to complete the administrative tasks involved. More importantly, Petitioners will not be prejudiced by imposition of the Stay. Their counsel can begin preparing their defense well in advance of any ruling by the Court of Appeals, and the delay they fear can be minimized. The Government's arguments to the contrary, which the Court has carefully considered, are not persuasive.

311 (D.D.C. 2005).  This stay shall not prevent the parties from filing any motion for emergency relief.

_____                     _____
                                              Gladys Kessler
                                              United States District Judge


**Copies to:**  **Attorneys of record via ECF**