IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FARHI SAEED BIN MOHAMMED, *et al.*,<br><br>　　　　　Petitioners,<br><br>　　v.<br><br>GEORGE W. BUSH,<br>　　President of the United States,<br>　　*et al.*,<br><br>　　　　　Respondents. | Civil Action No. 05-CV-1347 (GK) |

**RESPONDENTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME
TO SUBMIT CLASSIFIED VERSIONS OF THE FACTUAL RETURN
PERTAINING TO PETITIONER FARHI SAEED BIN MOHAMMED**

COME NOW Respondents, by and through their undersigned counsel, and respectfully request that the Court grant them a one-day extension of time, through and including November 16, 2005, in which to submit the classified versions of the factual return pertaining to petitioner Farhi Saeed Bin Mohammed. Respondents will submit the unclassified version of the factual return on November 15, 2005, as required by the Court's August 12, 2005 Order (dkt. no. 7). Counsel for petitioner and respondents have conferred by telephone, and petitioner's counsel does not oppose the relief requested herein. As grounds for this unopposed motion, respondents state as follows:

　　1.　　This case is a petition for a writ of habeas corpus filed on behalf of an alien detained at Guantanamo Bay as an enemy combatant, and is one of over 175 such cases brought on behalf of individuals detained at Guantanamo Bay in connection with hostilities involving al Qaeda, the Taliban, and their supporters.

2. On July 12, 2005, respondents filed a motion to stay proceedings in this case pending resolution of all appeals in <u>Khalid v. Bush</u>, <u>Boumediene v. Bush</u>, Nos. 04-CV-1142 (RJL), 04-CV-1166 (RJL), 355 F. Supp. 2d 311 (D.D.C. 2005), <u>appeals docketed</u>, Nos. 05-5062, 05-5063 (D.C. Cir. Mar. 2, 2005), and <u>In re Guantanamo Detainee Cases</u>, No. 02-CV-0299, <u>et al.</u>, 355 F. Supp. 2d 443 (D.D.C. 2005), <u>appeal on petition for interlocutory appeal</u>, No. 05-5064 (D.C. Cir. Mar. 10, 2005) (dkt. no. 3).

3. On August 12, 2005, the Court granted respondents' motion to stay, but also ordered respondents to file a factual return pertaining to petitioner by November 15, 2005 (dkt. no. 7).

4. Respondents respectfully request that they be granted a one-day extension of time, until and including November 16, 2005, to submit the classified versions of the factual return pertaining to petitioner Mohammed. As explained in respondents' motion to stay, the preparation and submission of factual returns is a labor-intensive process. Each factual return must be obtained from the Department of Defense ("DoD"), and then reviewed by agencies who provided source information to DoD to ensure that information disclosed to counsel in the returns is in accordance with all applicable statutes, regulations and Executive Orders. Certain individuals involved in this agency review process will be unable to complete their review of the factual return pertaining to petitioner Mohammed by November 15, 2005. Thus, although respondents will submit the unclassified version of this factual return by November 15, 2005, respondents request a brief one-day extension in order to complete the review process for the

classified versions of the factual returns so that they may be made available to the Court[1] and cleared counsel in accordance with all applicable statutes, regulations, and Executive Orders.

WHEREFORE, for the reasons stated herein, respondents respectfully request that the Court grant them a one-day extension of time, through and including November 16, 2005, in which to submit the classified versions of the factual return pertaining to petitioner Farhi Saeed Bin Mohammed. Respondents will submit the unclassified version of the factual return by November 15, 2005, as ordered by the Court. A proposed order is attached.

Dated: November 15, 2005     Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

DOUGLAS N. LETTER
Terrorism Litigation Counsel

   /s/ Preeya M. Noronha
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
ROBERT J. KATERBERG
NICHOLAS J. PATTERSON
ANDREW I. WARDEN
EDWARD H. WHITE
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W. Room 7144

---

[1] Respondents request an extension to submit the *in camera* version of the factual return because the highlighting contained therein will be based, in part, on the version of the factual return made available to counsel in the secure facility.

Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents