IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| FARHI SAEED BIN MOHAMMED, *et al.,* | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-1347 (GK) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, | ) | |
| *et al.,* | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

## (PROPOSED) ORDER

Having considered Respondents' Unopposed Motion for an Extension of Time to Submit

Classified Versions of the Factual Return Pertaining to Petitioner Farhi Saeed Bin Mohammed, it

is hereby

ORDERED that Respondents' Motion is GRANTED.  Respondents shall submit the

classified versions of the factual return pertaining to petitioner Farhi Saeed Bin Mohammed on or

before November 16, 2005.  Respondents shall submit the unclassified version of the factual

return by November 15, 2005.


Dated: _____          _____
                                                                GLADYS KESSLER
                                                                United States District Judge