IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FARHI SAEED BIN MOHAMMED, *et al.*, | )<br>)<br>) |
| Petitioners, | )<br>) |
| v. | ) Civil Action No. 05-CV-1347 (GK) |
| GEORGE W. BUSH,<br>President of the United States,<br>*et al.*, | )<br>)<br>)<br>) |
| Respondents. | )<br>) |

**NOTICE OF SUBMISSION OF CLASSIFIED VERSIONS OF RESPONDENTS'
FACTUAL RETURN TO PETITION FOR WRIT OF HABEAS CORPUS BY
PETITIONER FARHI SAEED BIN MOHAMMED**

NOTICE is hereby given that, pursuant to the Court's Order dated August 12, 2005

(applying Amended Protective Order and Procedures for Counsel Access to Detainees at the

United States Naval Base in Guantanamo Bay, Cuba in In re Guantanamo Detainee Cases, No.

02-CV-0299 (D.D.C. Nov. 8, 2004), and related orders, to this case), and the Court's Minute

Order dated November 15, 2005 (granting Respondents' Motion for Extension of Time to

Submit Classified Versions of the Factual Return Pertaining to Petitioner Farhi Saeed Bin

Mohammed), respondents on this date have submitted through the Court Security Officers the

classified versions of the factual return pertaining to petitioner Saiid Farhi (listed in the petition

as Farhi Saeed Bin Mohammed).  See Respondents' Factual Return to Petition for Writ of

Habeas Corpus by Farhi Saeed Bin Mohammed (dkt. no. 10).

Dated:  November 16, 2005                     Respectfully submitted,

                                              PETER D. KEISLER
                                              Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

DOUGLAS N. LETTER
Terrorism Litigation Counsel


   /s/ Preeya M. Noronha
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
ROBERT J. KATERBERG
NICHOLAS J. PATTERSON
ANDREW I. WARDEN
EDWARD H. WHITE
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.  Room 7144
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents