Jerry Cohen
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110
Tel: (617) 345-3000

Stewart Eisenberg
431 Ashfield Mt.
Ashfield, MA 01330-0152
Tel: (413) 628-3325
Attorneys for Petitioners

RECEIVED
NOV 2 9 2007
NANCY MAY...

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FARHI SAEED BIN MOHAMMED, et al ) ) *Petitioners,* ) ) v. ) ) GEORGE W. BUSH, *et al.*, ) ) *Respondents.* ) ) | Civil Action No. 05-CV-1347 (GJK) |

APPOINTMENT OF ASSOCIATE COUNSEL

Petitioner's counsel of record hereby appoint Zachary Katznelson, Senior Counsel, Reprieve P.O. Box 52742 London EC4P 4WS England (Zachary@Reprieve.org.uk; 44-207-353-4640) as associate counsel in this case. Mr. Katznelson is doing this case pro-bono, qualifies for pro hac vice appearance herein, and is counsel in several other detainee cases and is subject to the extant protective order for habeas and DTA cases. He is a member of a U.S. state bar (California) and has a security

clearance. He accepts this appointment and counsels Jerry Cohen and Stewart Eisenberg remain in this case.

Respectfully submitted,

_____
Jerry Cohen
jcohen@burnslev.com
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110
Tel: (617) 345-3000
Fax: (617) 345-3299

and Stewart Eisenberg
431 Ashfield Mt.
Ashfield, MA 01330-0152
Tel: (413) 628-3325
Fax (413) 628-3325)
Counsel for Petitioner

November 27, 2007

## CERTIFICATE OF FILING/SERVICE

I certify that on November 26, 2007, I filed and served the foregoing **APPOINTMENT OF ASSOCIATE COUNSEL** by causing the original and four copies to be delivered by U.S. Mail to the Court Security Office, including one copy to be forwarded to Respondents' counsel of record, namely Peter D. Keisler et al.

| | | |
|---|---|---|
| Peter D. Keisler | Vincent M. Garvey | Edward H. Whitney |
| Jonathan F. Cohn | Judry L. Subar | Robert J. Kater |
| Douglas N. Lettler | Terry M. Henry | Andrew I. Warner |
| Joseph H. Hunt | James J. Schwartz | Nicholas J. Patterson |

U.S. Department of Justice, Civil Division, Federal Program Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20530

Attorneys for Respondents

_____
Jerry Cohen

J:\Docs\31549\00402\01194382.DOC



3