1a

IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **FARHI SAEED BIN MOHAMMED**<br>Guantanamo Bay Naval Station,<br>Guantanamo Bay, Cuba<br>    Petitioner<br><br>V.<br><br>**GEORGE W. BUSH, et. al.**<br>    President of the United States<br>    The White House<br>    1600 Pennsylvania Avenue, N.W.<br>    Washington, D.C. 20500; | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br>(HABEAS CORPUS)<br><br><br>No:   05-CV-1347 (GK) |

**[PROPOSED] ORDER GRANTING MOTION FOR ORDER REQUIRING RESPONDENTS TO PROVIDE COUNSEL FOR PETITIONER AND THE COURT WITH 30-DAYS' ADVANCE NOTICE OF ANY INTENDED REMOVAL OF PETITIONER FROM GUANTANAMO**

For the reasons set forth in Petitioner's Motion for Order Requiring Respondents to Provide Couinsel for Petitioner and the Court with 30 Days' Advance Notice of any intended Removal of Petitioner from Guantanamo,

the motion is hereby **GRANTED** for the reasons set forth in Petitioner's motion.

_____s/_____
GLADYS KESSLER
United States District Judge

Dated: June 17, 2008