(2-a)

IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FARHI SAEED BIN MOHAMMED**<br>Guantanamo Bay Naval Station,<br>Guantanamo Bay, Cuba<br>      Petitioner<br><br>V.<br><br>**GEORGE W. BUSH, et. al.**<br>    President of the United States<br>    The White House<br>    1600 Pennsylvania Avenue, N.W.<br>    Washington, D.C. 20500; | CIVIL ACTION<br>(HABEAS CORPUS)<br><br>No:   05-CV-1347 (GK) |

## [PROPOSED] ORDER GRANTING PETITIONER'S MOTION TO LIFT STAY OF PROCEEDINGS, ORDER THE GOVERNMENT TO PROVIDE FACTUAL RETURN AND SET A SCHEDULING CONFERENCE

For the reasons set forth in Petitioner's Motion to Lift Stay of Proceedings, Order the Government to Provide a Factual Return and Set a Scheduling Conference, the Court herby GRANTS Petitioner's Motion to Lift Stay and Set a Scheduling Conference

The stay is hereby vacated. The Court will conduct a status conference at _____ _.m. on June __, 2008.

                                                                                                _____s/_____<br>
                                                                                                GLADYS KESSLER<br>
                                                                                                United States District Judge

Dated: June 17, 2008