IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

---

**FARHI SAEED BIN MOHAMMED**
Guantanamo Bay Naval Station,
Guantanamo Bay, Cuba
      Petitioner

V.

**GEORGE W. BUSH, et. al.**
    President of the United States
    The White House
    1600 Pennsylvania Avenue, N.W.
    Washington, D.C. 20500;

:
:
: CIVIL ACTION
: (HABEAS CORPUS)
:
:
: No:   05-CV-1347 (GK)
:
:
:
:
:
:

---

# [PROPOSED] ORDER GRANTING PETITIONER'S MOTION TO LIFT STAY OF PROCEEDINGS, ORDER THE GOVERNMENT TO PROVIDE FACTUAL RETURN AND SET A SCHEDULING CONFERENCE

For the reasons set forth in Petitioner's Motion to Lift Stay of Proceedings, Order the Government to Provide a Factual Return and Set a Scheduling Conference, the Court herby GRANTS Petitioner's Motion to Lift Stay and Set a Scheduling Conference

The stay is hereby vacated. The Court will conduct a status conference at _____ _.m. on June __, 2008.

                                                          _____s/_____
                                                          GLADYS KESSLER
                                                          United States District Judge

Dated: June 17, 2008