IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:               ) | |
| ) | Misc. No. 08-0442 (TFH) |
| **Guantanamo Bay**   ) | |
| **Detainee Litigation** ) | Civil Action No. 05-1347 (GK) |
| ) | |

**O R D E R**

Upon respondents' July 2, 2008 motion for an extension of time to respond to petitioner's motion for advance notice of any transfer of petitioner from Guantanamo Bay (dkt. no. 31), it is hereby

ORDERED that respondents shall respond to petitioner's motion on or before July 9, 2008.

SO ORDERED.


Dated: July ____, 2008                            _____
                                                  Thomas F. Hogan
                                                  United States District Judge