U.S. DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Misc. 08-CV-00442
05-CV-01347

_____

FARHI SAEED BIN MOHAMMED,
          Petitioner

v.

GEORGE W. BUSH, ET AL.
          Respondents
_____

## APPEARANCE

Please enter my appearance as counsel for Petitioner, Farhi Saeed bin Mohammed.

/s/ Stewart Eisenberg
Stewart Eisenberg, Esq.
Weinberg & Garber, P.C.
71 King Street
Northampton, MA 01060
(413) 582-6886
fax (413) 582-6881

## CERTIFICATE OF SERVICE

I, Stewart Eisenberg, certify that on this 3th day of September, 2008, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies sent to those indicated as non-registered participants.

Subscribed under penalties of perjury.

/s/ Stewart Eisenberg
Stewart Eisenberg, Esq.