UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY<br>DETAINEE LITIGATION | Misc. 08- 442   (TFH)<br><br>Civil Action No. 05-mc-1347 (GK)<br>Civil Action No. 08-cv-1185 (HHK) |

# [PROPOSED] ORDER RESPONDENTS' MOTION FOR PARTIAL AND TEMPORARY RELIEF FROM THE COURT'S JULY 11, 2008 SCHEDULING ORDER

For the reasons set forth in Petitioners' Opposition To Respondents' Motion for Partial and Temporary Relief from the Court's July 11, 2008 Scheduling Order, Respondents' Motion of relief is hereby **DENIED,** and Respondents' are **ORDERED** to forthwith comply with the terms of the Scheduling Order of July 11, 2008, and further a fine is imposed of $10,000 per day of each day of non-compliance, retroactive to August 29, 2008.

THOMAS F. HOGAN
United States District Judge

Dated: September __, 2008

J:\Docs\31549\00001\01279451.DOC