**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
_____
FARHI SAEED BIN MOHAMMED,       :
et al.,                         :
                                :
    Petitioners,                :
                                :
    v.                          :    Civil Action No. 05-1347 (GK)
                                :
GEORGE W. BUSH, et al.,         :
                                :
    Respondents.                :
_____:
```

**ORDER**

A Status Conference was held in this case on January 15, 2009. Upon consideration of the representations of the parties, and the entire record herein, it is hereby

**ORDERED,** that parties are to submit any briefing in support of their view of the appropriate definition of "enemy combatant" by **January 28, 2009;** and it is further

**ORDERED,** that the Petitioner's Opposition to the Respondents' Motion to Clarify, Reconsider, or Amend Three Case Management Order Provisions and to Stay Those Obligations Pending Resolution of This Motion and Any Appeal, if any, is due by **January 26, 2009.** Respondent's reply is due by **February 2, 2009;** and it is further

**ORDERED,** that **within one week** of the date of this Order, Petitioners shall provide Respondents with a realistic list that prioritizes the exculpatory evidence they are requesting. By **January 30, 2009,** Respondents will inform Petitioners as to whether those requests can be satisfied; and it is further

-2-

**ORDERED**, that parties shall meet and confer to narrow the universe of facts that Petitioner will request to be de-classified. **Within one week** of the date of this Order, Petitioners shall provide Respondents with a realistic list that prioritizes those factual issues which Petitioners request to be de-classified. **Within five business days** of receiving that list, Respondents will inform Petitioners as to whether those requests can be satisfied. If Petitioner is not satisfied by Respondent's reply, he will file a Motion to Compel as soon as possible.  Respondents will have five business says to respond to the Motion.  Filings shall be limited to 10 pages or less; and it is further

**ORDERED,** that Petitioner shall file his Traverse by **February 18, 2009;** and it is further

**ORDERED,** that the parties shall file a Joint Report on discovery no later than **February 17, 2009.**

```
                                        /s/
January 15, 2009                   Gladys Kessler
                                   United States District Judge
```

Copies to:  Attorneys of Record via ECF