**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
**FARHI SAEED BIN MOHAMMED,**                :
<u>et</u> <u>al.</u>,                                                              :
                                                                             :
    **Petitioners,**                                    :
                                                                             :
    v.                                                           :    **Civil Action No. 05-1347 (GK)**
                                                                             :
**BARACK H. OBAMA,** <u>et</u> <u>al.</u>,                      :
                                                                             :
    **Respondents.**                                   :
_____:

## ORDER

A Status Conference was held in this case on March 18, 2009, a portion of which was closed due to discussion of classified information. Upon consideration of the representations of the parties, and the entire record herein, it is hereby

**ORDERED,** that Petitioner shall submit by **March 20, 2009,** a written request for information related the circumstances under which other individuals made potentially inculpatory statements about Petitioner; and it is further

**ORDERED,** that Petitioner shall submit by **March 20, 2009,** written interrogatories regarding witness statements that the Government considers inculpatory; and it is further

**ORDERED,** that the Government shall be available to confer with Petitioner's counsel on **March 19 or 20, 2009;** and it is further

**ORDERED,** that parties shall file by **March 27, 2009,** a classified Joint Status Report, indicating the progress that has

-2-

been made regarding discovery of the circumstances of witness statements; and it is further

**ORDERED**, that a motions hearing is scheduled for **May 28, 2009 at 10:00 a.m.;** and it is further

**ORDERED**, that a Status Conference shall be held on **April 6, 2009, at 10:30 a.m.**

 

| | /s/ |
|---|---|
| March 18, 2009 | Gladys Kessler |
| | United States District Judge |

<u>Copies to</u>:  Attorneys of Record via ECF