UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               :
FARHI SAEED BIN MOHAMMED,      :
et al.,                        :
                               :
      Petitioners,             :
                               :
      v.                       :    Civil Action No. 05-1347 (GK)
                               :
BARACK H. OBAMA, et al.,       :
                               :
      Respondents.             :
_____:
```

**ORDER**

Upon consideration of the fact that a Merits Hearing is scheduled in this case on May 27, 2009, it is hereby

**ORDERED**, that by **May 14, 2009, at 5:00 p.m.**, parties should file with the Court a numbered list of Joint Exhibits, along with a bound and tabbed copy of those exhibits. They will be referred to as JE #__. This set of exhibits should include evidence that both parties expect will be referenced at the Merits Hearing.

In addition to this universe of key exhibits, each party shall submit a numbered list of those documents that will or might be referenced at the Hearing, along with a bound and tabbed copy of the documents. The Government's exhibits will be referred to as GE #__, and Petitioner's as PE #__. Should parties need to add exhibits after the Pre-Trial Conference, they must be submitted as

-2-

part of the GE or PE universe, and not as a supplement to the Joint Exhibits.

```
                                           /s/
May 4, 2009                         Gladys Kessler
                                    United States District Judge
```

<u>Copies to</u>:  Attorneys of Record via ECF