**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
**FARHI SAEED BIN MOHAMMED,**      :
<u>et</u> <u>al.</u>,                                                 :
                                                                    :
    **Petitioners,**                  :
                                                                    :
    v.                                       :      **Civil Action No. 05-1347 (GK)**
                                                                    :
**BARACK H. OBAMA,** <u>et</u> <u>al.</u>,     :
                                                                    :
    **Respondents.**                :
_____:

## ORDER

A Status Conference was held in this case on June 11, 2009, which was closed due to discussion of classified information. Upon consideration of Petitioner's Motion for 30-Day Notice [Dkt. No. 191] and Emergency Motion Challenging Protected Information Designation [Dkt. No. 192], the representations of the parties, and the entire record herein, it is hereby

**ORDERED,** that Petitioner's Motion for 30-Day Notice is **denied.** <u>See</u> <u>Kiyemba v. Obama</u>, 561 F.3d 509, 515 (D.C. Cir. 2009) ("[T]he requirement that the Government provide pre-transfer notice interferes with the Executive's ability to conduct the sensitive diplomatic negotiations required to arrange safe transfers for detainees."); and it is further

**ORDERED,** that Petitioner's Emergency Motion is **denied without prejudice;** and it is further

**ORDERED,** that parties shall report on the status of the case by **July 13, 2009, at 5:00 p.m.;** and it is further

-2-

**ORDERED,** that the Government's oral Motion for Stay is **granted.** The case is stayed until **July 14, 2009;** and it is further

**ORDERED,** that a Status Conference shall be held on **July 14, 2009, at 10 a.m.**

|                |                                      |
|----------------|--------------------------------------|
|                | /s/                                  |
| June 11, 2009  | Gladys Kessler                       |
|                | United States District Judge         |

<u>Copies to</u>:  Attorneys of Record via ECF