**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**FARHI SAEED BIN MOHAMMED, et al.,**

**Petitioners,**

**v.**

**BARACK H. OBAMA, et al.,**

**Respondents.**

**Civil Action No. 05-1347 (GK)**

**ORDER**

A Status Conference was held in this case on July 14, 2009, a portion of which was closed due to discussion of classified information. Upon consideration of the representations of the parties, and the entire record herein, it is hereby

**ORDERED**, that Motions for Judgment on the Record shall be submitted by **August 4, 2009**, and Responses shall be submitted by **August 25, 2009**; and it is further

**ORDERED**, that a Pre-Trial Conference shall be held on **August 20, 2009 at 2 p.m.**; and it is further

**ORDERED**, that a two-day hearing on the Motions shall commence on **September 3, 2009 at 10 a.m.**

/s/
July 14, 2009
Gladys Kessler
United States District Judge

Copies to: Attorneys of Record via ECF