IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: | Misc. No. 08-442 (TFH) |
| GUANTÁNAMO BAY DETAINEE LITIGATION | Civil Action Nos.<br>05-392 (ESH); 05-1347 (GK);<br>05-1353 (RMC); 05-1504 (RMC);<br>05-2349 (RMC); 05-2386 (RBW) |

## NOTICE OF FILING

PLEASE TAKE NOTICE that the petitioners in the above-captioned cases submitted to the Court Security Office for service and filing under seal a response to the Court's sealed order dated July 20, 2009 (misc. dkt. no. 1829).

Dated:   New York, New York
         July 31, 2009

    Respectfully submitted,

    /s/ J. Wells Dixon
    J. Wells Dixon (Pursuant to LCvR 83.2(g))
    CENTER FOR CONSTITUTIONAL RIGHTS
    666 Broadway, 7th Floor
    New York, New York 10012
    Tel: (212) 614-6423
    Fax: (212) 614-6499
    wdixon@ccrjustice.org

    *Counsel for Djamel Ameziane in Civil Action*
    *No. 05-392 (ESH) on Behalf of the Petitioners*