IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

FARHI SAEED BIN MOHAMMED,
          Petitioner,

vii.

BARACK H. OBAMA, *et al.*,
          Respondents.

: Civil Action No. 05-CV-1347(GK)

---

### NOTICE OF FILING

Petitioner hereby gives notice that he had on March 10, 2009 submitted to the Court Security Officer for filing and service on counsel for Respondents Petitioner Farhi Saeed bin Mohammed's Traverse. This belated note is made to complete the docket after learning of the earlier omission of such notice.

Dated: August 18, 2009

Respectfully submitted,

By: _____
Jerry Cohen
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110
Tel: (617) 345-3000

Stewart Eisenberg
WEINBERG & GARBER, PC
71 King Street
Northampton, MA 01060
Tel: (413) 582-6886
Fax: (413) 582-6881
buz.e@verizon.net

*Counsel for Petitioner, Farhi Saeed bin Mohammed*

OF COUNSEL
Zachary Katznelson
Cal. Bar. No. 209489
Legal Director
Reprieve
PO Box 52742
London EC4P 4WS
United Kingdom
Tel: 011-44(0) 207-353-4640
Fax: 011-44(0) 207-353
Zachary@Reprieve.org.uk

Shayana Kadial
DC Bar No. 454248
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, NY 10012-2317
Tel: (212) 614-6438
Fax: (212) 614-6499