IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____ x
:
IN RE: : Misc. No. 08-442 (TFH)
:
GUANTÁNAMO BAY : Civil Action Nos.
DETAINEE LITIGATION :
: 05-392 (ESH); 05-1347 (GK);
: 05-1353 (RMC); 05-1504 (RMC);
: 05-2349 (RMC); 05-2386 (RBW)
:
_____ x

## NOTICE OF FILING

PLEASE TAKE NOTICE that on September 14, 2009, the petitioners in the above-captioned cases filed under seal a response to the government's September 10, 2009 notice of supplemental authority.

Date:   New York, New York
        September 17, 2009

                                    Respectfully submitted,

                                    /s/ J. Wells Dixon
                                    J. Wells Dixon (Pursuant to LCvR 83.2(g))
                                    CENTER FOR CONSTITUTIONAL RIGHTS
                                    666 Broadway, 7th Floor
                                    New York, New York 10012
                                    Tel.: (212) 614-6423
                                    Fax: (212) 614-6499
                                    wdixon@ccrjustice.org

                                    *Counsel for Djamel Ameziane in Civil Action*
                                    *No. 05-392 (ESH) on Behalf of the Petitioners*