UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

**FARHI SAEED BIN MOHAMMED,**
**et al.,**

    Petitioners,

    v.                                        Civil Action No. 05-1347 (GK)

**BARACK H. OBAMA, et al.,**

    Respondents.

---

**ORDER**

For the reasons set forth in this Court's Classified Memorandum Opinion of November 19, 2009,[1] it is hereby

**ORDERED**, that Petitioner Farhi Saeed Bin Mohammed's petition for a writ of habeas corpus is **granted**; and it is further

**ORDERED**, that the Government is directed to take all necessary and appropriate diplomatic steps to facilitate Petitioner's release forthwith.  Further, the Government is directed to comply with any reporting requirements mandated by the Department of Homeland Security Appropriations Act, 2010, Pub. L. No. 111-83, 123 Stat. 2142 (2009), if applicable, to facilitate Petitioner's release, and to report back to the Court no later than **December 17, 2009**, as to the status of that release and what steps have been taken to secure that release.

                                                            /s/
November 19, 2009                       Gladys Kessler
                                                  United States District Judge

**Copies to**:  Attorneys of Record via ECF

---

[1] The Classified Opinion is currently undergoing classification review.  As soon as it is completed, the Unclassified Opinion will be made public.