IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____ )
                         )
IN RE:                   )      Misc. No. 08-0442(TFH)
                         )
GUANTANAMO BAY           )      Civil Action Nos.:
DETAINEE LITIGATION      )
                         )
                         )      02-cv-0828, 04-cv-1136, 04-cv-1164, 04-cv-1937, 04-cv-2022,
                         )      04-cv-2035, 04-cv-2046, 04-cv-2215, 05-cv-0247, 05-cv-0270,
                         )      05-cv-0280, 05-cv-0329, 05-cv-0359, 05-cv-0392, 05-cv-0409,
                         )      05-cv-0492, 05-cv-0569, 05-cv-0583, 05-cv-0634, 05-cv-0748,
                         )      05-cv-0763, 05-cv-0877, 05-cv-0879, 05-cv-0880, 05-cv-0881,
                         )      05-cv-0883, 05-cv-0886, 05-cv-0889, 05-cv-0892, 05-cv-0993,
                         )      05-cv-0994, 05-cv-0995, 05-cv-0999, 05-cv-1012, 05-cv-1013,
                         )      05-cv-1048, 05-cv-1189, 05-cv-1220, 05-cv-1234, 05-cv-1236,
                         )      05-cv-1239, 05-cv-1244, 05-cv-1310, 05-cv-1312, 05-cv-1347,
                         )      05-cv-1353, 05-cv-1429, 05-cv-1457, 05-cv-1458, 05-cv-1490,
                         )      05-cv-1497, 05-cv-1504, 05-cv-1506, 05-cv-1555, 05-cv-1592,
                         )      05-cv-1601, 05-cv-1602, 05-cv-1607, 05-cv-1623, 05-cv-1638,
                         )      05-cv-1639, 05-cv-1645, 05-cv-1646, 05-cv-1679, 05-cv-1704,
                         )      05-cv-1725, 05-cv-1971, 05-cv-1983, 05-cv-2010, 05-cv-2088,
                         )      05-cv-2185, 05-cv-2186, 05-cv-2199, 05-cv-2201, 05-cv-2248,
                         )      05-cv-2249, 05-cv-2348, 05-cv-2349, 05-cv-2370, 05-cv-2371,
                         )      05-cv-2378, 05-cv-2379, 05-cv-2380, 05-cv-2381, 05-cv-2398,
                         )      05-cv-2444, 06-cv-0618, 06-cv-1668, 06-cv-1684, 06-cv-1690,
                         )      06-cv-1725, 06-cv-1758, 06-cv-1759, 06-cv-1761, 06-cv-1765,
                         )      06-cv-1766, 06-cv-1767, 07-cv-1710, 07-cv-2337, 07-cv-2338,
                         )      08-cv-1085, 08-cv-1101, 08-cv-1153, 08-cv-1173, 08-cv-1207,
                         )      08-cv-1222, 08-cv-1224, 08-cv-1227, 08-cv-1228, 08-cv-1229,
                         )      08-cv-1230, 08-cv-1231, 08-cv-1232, 08-cv-1233, 08-cv-1234,
                         )      08-cv-1235, 08-cv-1236, 08-cv-1237, 08-cv-1238, 08-cv-1310,
                         )      08-cv-1360, 08-cv-1440, 08-cv-1805, 08-cv-1828, 08-cv-1923,
                         )      08-cv-2019, 08-cv-2083, 09-cv-0031, 09-cv-0745, 09-cv-0873,
                         )      09-cv-0904, 09-cv-1332, 09-cv-1385, 09-cv-1460, 09-cv-1461,
                         )      09-cv-1462, 09-cv-2368

**UNOPPOSED MOTION TO CONTINUE DEADLINE OF FILING CONSOLIDATED
RESPONSE TO THE RESPONDENTS' MOTION TO AMEND AND FOR
CLARIFICATION OF THE COURT'S JANUARY 14, 2010 ORDER REGARDING
PUBLIC RETURNS**

Now comes undersigned counsel, on behalf of the Petitioners in the above-captioned

cases, and hereby moves this Honorable Court for an additional 30 days in which to file a

Consolidated Response to Respondents' Motion to Amend and for Clarification of the Court's

January 14, 2010 Order Regarding Public Returns.  Petitioners' consolidated response is

currently due May 3, 2010.

Pursuant to Fed.R.Civ.P. 7(b) and LCvR 7, Petitioners, through counsel, respectfully

moves this Court for an extension of time until June 2, 2010, to file a consolidated response to

Respondents' Motion to Amend and for Clarification of the Court's January 14, 2010 Order

Regarding Public Returns.  This additional time is necessary because Respondents' Motion is

classified, thereby requiring travel to the secure facility to review it, prepare a response, and

share that response among counsel for petitioners to the greatest extent possible.

Per LCvR 7(m), Respondents' counsel does not oppose this extension.  A proposed Order

is attached hereto for the Court's consideration and convenience relative to this request.

April 30, 2010                                              Respectfully submitted,

                                                            */s/ Darin Thompson*
                                                            DARIN THOMPSON (LCvR 83.2(e))
                                                            Assistant Federal Public Defender
                                                            Office of the Federal Public Defender,
                                                                    Northern District of Ohio
                                                            1660 West Second Street, Suite 750
                                                            Cleveland, Ohio 44113
                                                            Telephone: (216) 522-4856; Fax: (216) 522-4321
                                                            Email: darin_thompson@fd.org

                                                            */s/Shayana Kadidal*
                                                            Shayana Kadidal (D.C. Bar No. 454248)
                                                            */s/J. Wells Dixon*
                                                            J. Wells Dixon (pursuant to LCvR 83.2(g))
                                                            CENTER FOR CONSTITUTIONAL RIGHTS
                                                            666 Broadway, 7th Floor
                                                            New York, NY  10012-2317
                                                            Ph: (212) 614-6438
                                                            Fax: (212) 614-6499

                                                            *On behalf of Petitioners with consent ***

---

**     Reserving objections to the requirement to file a single consolidated brief.