# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **FARHI SAEED BIN MOHAMMED,** | : | |
| | : | |
| **Petitioner ,** | : | |
| | : | |
| **v.** | : | **Civil Action No. 05-1347 (GK)** |
| | : | |
| **BARACK H. OBAMA, _et al._,** | : | |
| | : | |
| **Defendants.** | : | |

## <u>ORDER</u>

On May 27, 2010, Petitioner filed an Emergency Motion to Compel Compliance With This Court's Order of November 19, 2009 and For TRO and Injunction Against Transfer of Petitioner to Algeria. On June 2, 2010, the Government filed its Opposition. The Court is waiting for Petitioner's Reply, which is not yet due. Given the seriousness of the issues raised in this Motion, the Court hereby

**ORDERS** an Administrative Stay until the Motion is decided.

June 3, 2010                        /s/_____
                                    Gladys Kessler
                                    United States District Judge

**Copies via ECF to all counsel of record**