**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **FARHI SAEED BIN MOHAMMED, et al.**, | : |
| Petitioners, | : |
| v. | : Civil Action No. 05-1347 (GK) |
| **BARACK H. OBAMA, et al.**, | : |
| Respondents. | : |

## ORDER

An on-the-record telephone Status Conference was held in this case on June 16, 2010. Pursuant to the Protective Order entered in this case, the transcript will be sealed due to the discussion of documents filed under seal. Upon consideration of the representations of the parties, and the entire record herein, it is hereby

**ORDERED**, that Petitioners' Opposition to the Government's Emergency Motion for Reconsideration [Dkt. No. 300] is due **June 21, 2010**. The Government's Reply, if any, is due **June 24, 2010**; and it is further

**ORDERED**, that a Motions Hearing is scheduled for **June 29, 2010, at 10:00 a.m.** The Government shall have 20 minutes to

present its arguments, Petitioners shall have 30 minutes to respond, and the Government shall then have 10 minutes to reply.

June 16, 2010

/s/
Gladys Kessler
United States District Judge

**Copies to**: attorneys on record via ECF